IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 OCT -5 AM 8: 26
CLERK
WESTERN DISTRICT COURT
OF TEXAS
BY_____

| | | |
|---|---|---|
| MANUEL ESCOBAR, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CV-268-LY |
| | § | |
| DONALD DYER D/B/A | § | |
| PROFESSIONAL JANITORIAL SERVICE | § | |
| OF TEXAS, INC., | § | |
|     DEFENDANT. | § | |

### FINAL JUDGMENT

Before the Court is the above-styled cause.  On this date by separate order the Court dismissed without prejudice all claims brought by Plaintiff Manuel Escobar against Defendant Donald Dyer d/b/a Professional Janitorial Service of Texas, Inc. in this action.  Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims brought by Plaintiff Manuel Escobar against Defendant Donald Dyer d/b/a Professional Janitorial Service of Texas, Inc. in this action are hereby **DISMISSED WITHOUT PREJUDICE.**

**FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

**FURTHER IT IS ORDERED** that all and costs of court are taxed against the party incurring the same.

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _2nd_ day of October, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE